AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Mackenzy Scott YOB: 1996 | ) | Case No.  1:21MJ62LDA |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

RECEIVED
By Dianna Prete at 9:35 am, Jun 02, 2021

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Mackenzy Scott, YOB: 1996

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Bank, Wire, and Mail Fraud (18 U.S.C. § 1349), Bank Fraud (18 U.S.C. § 1344), Wire Fraud (18 U.S.C. § 1343), Mail Fraud (18 U.S.C. § 1341), Access Device Fraud (18 U.S.C. § 1029(a)(5)), and Aggravated Identity Theft (18 U.S.C. § 1028A).

Date: June 1, 2021

*Issuing officer's signature*

City and state: Providence, Rhode Island

Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/1/2021, and the person was arrested on *(date)* 6/2/2021
at *(city and state)* 6/2/2021

Date: 6/2/2021  Providence

WARRANT EXECUTED 6/2/2021
U.S. MARSHALS SERVICE
JUN 02 2021
District of Rhode Island

*Arresting officer's signature*  6/2/2021

*Printed name and title*