IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 21-MJ-062 LDA |
| MACKENZY SCOTT | |

ASSENTED TO MOTION
FOR CONTINUANCE AND TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT

The United States moves for

(1) a 45-day continuance for the date within which an indictment or information

must be filed against Defendant under 18 U.S.C. § 3161(b), specifically to

continue the date from August 31, 2021 to October 15, 2021; and

(2) to exclude the time from August 31, 2021 to October 15, 2021 under the

Speedy Trial Act.

The Government has provided defense counsel with pre-indictment discovery

and counsel will engaging in discussions to determine if a pre-indictment resolution can

be reached.

The United States submits that the ends of justice will be served by excluding the

aforementioned time and that such ends of justice and interests of Defendant outweigh

any interest that the Defendant or the public may have in a speedy indictment and/or

trial.

The United States has conferred with Defendant's counsel, who has assented to

the granting of this motion.

This is the second motion for a continuance and exclusion sought in this case.

Respectfully submitted,

RICHARD B. MYRUS
Acting United States Attorney


/s/Denise M. Barton

DENISE M. BARTON
STACEY P. VERONI
G. MICHAEL SEAMAN
Assistant U.S. Attorneys
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000 (office)

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2021, I caused the Motion to Exclude Time Under the Speedy Trial Act to be filed electronically and it is available for viewing and downloading from the ECF system.

/s/ Denise M. Barton

DENISE M. BARTON
Assistant U. S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Phone: (401) 709-5063
Email: denise.barton@usdoj.gov

3