UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES

V.  CR. NO. 22-CR-15-JJM-LDA

MACKENZY SCOTT

NOTICE OF INTENT TO PLEAD GUILTY TO COUNTS ONE THROUGH THIRTEEN OF THE SUPERSEDING INDICTMENT

Now comes Mackenzy Scott, though counsel, and hereby notices the Honorable Court of his intent to plead guilty to counts 1 through 13 of the superseding indictment. ECF No. 26. Mr. Scott intends to exercise his constitutional right to a trial on count 14 of the superseding indictment. *Id.*

MACKENZY SCOTT,
By his attorney,

s/MJ Ciresi
Mary June Ciresi
36 South County Commons Way
Suite C6
Wakefield, RI 02879
401.447.5715 (mobile)
401.829.4966 (fax)
mjciresi@ciresilaw.com

**CERTIFICATION**

I hereby certify that this document was filed through the CM/ECF system on the 5th day of August 2022 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

s/MJ Ciresi